RECEIVED
JAN 2 4 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEISHA LANELLE THOMAS | CIVIL ACTION 1:16-CV-01017 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, COMMISSIONER | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Thomas's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24th day of January, 2018.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE